[No. 41054-1-II.   Division Two.   July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS K.
EDWARDS, *Appellant*.

The opinion in the above captioned case, which appeared
in the advance sheets at 169 Wn. App. 561-72, has been
omitted from the permanent bound volume pursuant to an
order of the Court of Appeals dated October 23, 2012
directing that the opinion be published in full. The opinion
is republished at 171 Wn. App. 379.